IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION, LOCAL 324, AS THE SUCCESSOR TO LABORERS' INTERNATIONAL UNION 291,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA EQUIPMENT RENTALS, INC.,<br><br>Defendant. | Case No.: C-12-03346 JSC<br><br>**ORDER RE: DECEMBER 27, 2012 HEARING** |

On November 19, 2012, Plaintiff filed a Motion to Confirm Arbitration Award ("Motion"), seeking to enforce an arbitration award and requesting attorney's fees. (Dkt. No. 19.) A hearing on Plaintiff's Motion is currently scheduled for December 27, 2012. (Dkt. No. 20.) Defendant, however, was not served until November 26, 2012 and has yet to appear in this action. (*See* Dkt. No. 23.) Given that Defendant has only recently been served, the Court continues the hearing on Plaintiff's Motion to **January 31, 2013** at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 19, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE