IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION, LOCAL 324, AS THE SUCCESSOR TO LABORERS' INTERNATIONAL UNION 291,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA EQUIPMENT RENTALS, INC.,<br><br>Defendant. | Case No.: C-12-03346 JSC<br><br>**ORDER STAYING ACTION AND ADMINISTRATIVELY CLOSING CASE** |

On January 23, 2013, Plaintiff notified the Court that Defendant filed for Chapter 7 bankruptcy in the United States Bankruptcy Court. (Dkt. No. 27.) In light of Defendant's filing, Plaintiff requests that the Court stay this action pending resolution of the Chapter 7 bankruptcy.

The Court hereby orders the action stayed and the case administratively closed. Plaintiff is ordered to advise the Court if the stay should be lifted and the case reopened upon termination of the bankruptcy proceedings.

IT IS SO ORDERED.

Dated: January 24, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE